IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: DAVID TODD JAEDER, | : | **Chapter 13** |
| aka David T. Jaeder, | : | **Case No. 5:14-bk-00724-RNO** |
| aka David Jaeder, and | : | |
| aka D. T. Jaeder, | : | |
| Debtor, | : | |

**NOTICE TO CREDITORS AND PARTIES IN INTEREST:
SECOND INTERIM APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOTICE IS HEREBY GIVEN THAT NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C., attorneys for Debtor **DAVID TODD JAEDER** in the above-captioned matter, has filed a **Second Interim Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses** seeking compensation of $2,400 for the period from January 24, 2016, through November 4, 2016, to be paid by the Trustee. A prior Application awarded compensation of $11,100, including $500 received via prepetition retainer and $10,600 to be received from the Chapter 13 Trustee. A total of $13,500 will have been awarded, including $13,000 to be received from the Chapter 13 Trustee in accordance with the Fourth Amended Chapter 13 Plan, and such be approved as an administrative expense. No reimbursement of expenses is sought as Debtors have paid expenses to date. The total being distributed in accordance with the Fourth Amended Chapter 13 Plan is $236,495. The fees and costs may be drawn from the fees that were to be distributed to unsecured creditors. A copy of the Application is available from the Clerk.

If you object to the relief requested, you must file your objection/response on or before **December 16, 2016,** with the Clerk of Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701, and serve a copy on Attorneys for Debtors at the addresses below. If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will notified. If you do not file an objection/response within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Dated: **November 22, 2016**

JASON ZAC CHRISTMAN, ESQUIRE
NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI
Attorneys for Debtor
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
jchristman@newmanwilliams.com
(570) 421-9090; fax: (570) 424-9739