```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-00724-RNO
David Todd Jaeder                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: LyndseyPr     Page 1 of 1     Date Rcvd: Jan 25, 2017
                      Form ID: orcnfpln     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2017.
db          +David Todd Jaeder,   272 Sycamore Drive,   East Stroudsburg, PA 18301-8236

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2017 at the address(es) listed below:
        Amanda F Lashner    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 alashner@morganlewis.com,   bstevenson@morganlewis.com
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        D Brian Simpson    on behalf of Creditor    Internal Revenue Service   USAPAM.Bankr-WilkesBarre@usdoj.gov,   CaseView.ECF@usdoj.gov
        J. Zac Christman    on behalf of Debtor David Todd Jaeder jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Justin R Drinkwine    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 jdrinkwine@clarkhill.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
        Thomas I Puleo    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent Rubino    on behalf of Debtor David Todd Jaeder   epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com
                                                                                                                           TOTAL: 10

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David Todd Jaeder<br>aka David T. Jaeder, aka David Jaeder, aka D. T. Jaeder | Chapter 13 |
| | Case No. 5:14−bk−00724−RNO |
| Debtor(s) | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 22, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 25, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk