UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DAVID TODD JAEDER
AKA: DAVID T. JAEDER, DAVID JAEDER, D.T. JAEDER

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-14-00724-JJT

DAVID TODD JAEDER
AKA: DAVID T. JAEDER, DAVID JAEDER, D.T. JAEDER

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on April 28, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of April 28, 2017, the Debtor(s) is/are $18750.00 in arrears with a plan payment having last been made on Mar 07, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 28, 2017

| | |
|---|---|
| IN RE: DAVID TODD JAEDER<br>AKA: DAVID T. JAEDER,<br>DAVID JAEDER, D.T.<br>JAEDER<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>DAVID TODD JAEDER<br>AKA: DAVID T. JAEDER, DAVID<br>JAEDER, D.T. JAEDER<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 5-14-00724-JJT |

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on April 28, 2017.

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

DAVID TODD JAEDER
272 SYCAMORE DRIVE
EAST STROUDSBURG, PA 18301

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: April 28, 2017