In re:                                                              Case No. 14-00724-JJT
David Todd Jaeder                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 2          Date Rcvd: Apr 28, 2017
                             Form ID: pdf010           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
db              +David Todd Jaeder,    272 Sycamore Drive,    East Stroudsburg, PA 18301-8236
cr              +Prudential Financial,    The Prudential Insurance Co of America,    30 Scranton Office Park,
                 Scranton, PA 18507-1796
4448201         +CHASE,    7301 BAYMEADOWS WAY,    JACKSONVILLE, FL 32256-6826
4448200         +CHASE,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4448202         +CLEO B. HALL,    272 SYCAMORE DR,    EAST STROUDSBURG, PA 18301-8236
4448203         +DANONE OF NO AMERICA,    C/O CBA COLLECTION BUREAU,    25954 EDEN LANDING RD,
                 HAYWARD, CA 94545-3816
4547485         +Deutsche Bank National Trust Company et al ...,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4448206         +KML LAW GROUP,    STE 5000-BNY INDEP CTR,    701 MARKET ST,    PHILADELPHIA, PA 19106-1538
4454813          NY State Dept of Taxation and Finance,    PO Box 5300,    Albany NY  12205-0300
4448208         #+NYS DEPT LABOR UNEMPLOY,    INS DIV -CLAIM SVC UNIT,    PO BOX 4320,    BINGHAMTON, NY 13902-4320
4448209         +NYS DEPT OF TAXATION & FINANCE,    ATT: OFFICE OF COUNSEL,    BUILDING 9, W.A. HARRIMAN CAMPUS,
                 ALBANY NY 12227-0001
4533442          NYS DEPT. OF LABOR - UNEMPLOYMENT INSURANCE,    PO BOX 611,    ALBANY, NY 12201-0611
4448211          POCONO EMERG PHYS,    PO BOX 8510,    PHILADELPHIA, PA 19101
4448215         +POCONO MED CENTER,    PO BOX 822009,    PHILADELPHIA, PA 19182-2009
4448212         +POCONO MED CENTER,    C/O NATIONAL RECOVERY AGENCY,    2491 PAXTON STREET,
                 HARRISBURG, PA 17111-1036
4448214         +POCONO MED CENTER,    C/O TRANS CONTINENTAL CREDIT,    44 SO BROADWAY STE 401,
                 WHITE PLAINS, NY 10601-4436
4448213         +POCONO MED CENTER,    C/O POWELL ROGERS & SPEAKS,    1 FISHER STREET,    HALIFAX, PA 17032-8845
4448216         +PRUDENTIAL LIFE INSURANCE CO,    CUSTOMER SERVICE,    PO BOX 7390,    PHILADELPHIA, PA 19176-7390
4448217          ST VINCENTS MIDTOWN HOSP,    C/O FINANCIAL MED SYS,    PO BOX 6010,    HAUPPAUGE, NY 11788
4448218         +ST VINCENTS MIDTOWN PHYS,    PO BOX 33236,    HARTFORD, CT 06150-3236
4448219         +SUPERIOR BANK,    C/O CIVIL CT CITY NY BRONX,    851 GRAND CONCOURSE SPRM,    BRONX, NY 10451-2937
4448220         +TOYS R US,    1 GEOFFREY WAY,    DEPT T5CKS,    WAYNE, NJ 07470-2066
4448221         +WOLPOFF & ABRAMSON LLP,    4660 TRINDLE RD,    SUITE 300,    CAMP HILL, PA 17011-5610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 18:46:24     Internal Revenue Service,
                 Special Procedures Branch,    P.O. Box 12051, Room 6404,    Philadelphia, PA  19105
4448199         +E-mail/Text: bankruptcydpt@mcmcg.com Apr 28 2017 18:46:29     ASPIRE,    C/O MIDLAND CREDIT MGT,
                 8875 AERO DR STE 200,    SAN DIEGO, CA 92123-2255
4448207         +E-mail/Text: MKnitter@monroecountypa.gov Apr 28 2017 18:46:32
                 MONROE COUNTY TAX CLAIM BUREAU,    ONE QUAKER PLAZA RM 104,    STROUDSBURG, PA 18360-2141
4448210         +E-mail/Text: egssupportservices@egscorp.com Apr 28 2017 18:46:32     POCONO EMERG PHYS,
                 C/O NCO FINANCIAL SYS,    507 PRUDENTIAL RD,    HORSHAM, PA 19044-2308
4515621         +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 28 2017 18:49:28
                 PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
4466320          E-mail/Text: ebn@vativrecovery.com Apr 28 2017 18:46:25     Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                 PO Box 40728,    Houston TX 77240-0728
                                                                                          TOTAL: 6

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4448205*         IRS CENTRAL INSOLVENCY,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4448204         ##+FRONTLINE ASSET STRATEGIES,    1935 W COUNTY RD B2,    SUITE 425,    ROSEVILLE, MN 55113-2797
                                                                              TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2017 at the address(es) listed below:
              Amanda F Lashner    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
              as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
              Long Beach Home Equity Loan Trust 2000-LB1 alashner@morganlewis.com,  bstevenson@morganlewis.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              D Brian Simpson    on behalf of Creditor    Internal Revenue Service
              USAPAM.Bankr-WilkesBarre@usdoj.gov,  CaseView.ECF@usdoj.gov
              J. Zac Christman    on behalf of Debtor David Todd Jaeder jchristman@newmanwilliams.com,
              mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
              Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
              as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
              Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Justin R Drinkwine    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known
              as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
              Long Beach Home Equity Loan Trust 2000-LB1 jdrinkwine@clarkhill.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              Thomas I Puleo    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as
              Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation
              Long Beach Home Equity Loan Trust 2000-LB1 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino    on behalf of Debtor David Todd Jaeder
              epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
              williams.com;eapotito@hotmail.com
                                                                          TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE**:

| | |
|---|---|
| **DAVID TODD JAEDER**<br>**AKA: DAVID T. JAEDER, DAVID**<br>**JAEDER, D.T. JAEDER**<br><br>Debtor(s)<br><br>**CHARLES J. DEHART, III**<br>**CHAPTER 13 TRUSTEE**<br>Movant(s)<br>vs.<br><br>**DAVID TODD JAEDER**<br>**AKA: DAVID T. JAEDER, DAVID**<br>**JAEDER, D.T. JAEDER**<br>Respondent(s) | Chapter:      **13**<br><br>Case Number:   **5-14-00724-JJT** |

## <u>ORDER DISMISSING CASE</u>

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss case for material default and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

_____

John J. Thomas, Bankruptcy Judge
(RPR)

Date: April 28, 2017

MDPA-Dismiss Case.WPT - REV 01/15