```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                          Case No. 14-00724-JJT
David Todd Jaeder                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: LyndseyPr    Page 1 of 1    Date Rcvd: May 12, 2017
                      Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2017.
4547485    +Deutsche Bank National Trust Company et al ...,   Chase Records Center,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:
        Amanda F Lashner    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 alashner@morganlewis.com, bstevenson@morganlewis.com
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        D Brian Simpson    on behalf of Creditor    Internal Revenue Service USAPAM.Bankr-WilkesBarre@usdoj.gov, CaseView.ECF@usdoj.gov
        J. Zac Christman    on behalf of Debtor David Todd Jaeder jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
        Joshua I Goldman    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Justin R Drinkwine    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 jdrinkwine@clarkhill.com
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
        Thomas I Puleo    on behalf of Creditor    Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for Asset Backed Securities Corporation Long Beach Home Equity Loan Trust 2000-LB1 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        Vincent Rubino    on behalf of Debtor David Todd Jaeder epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com
        TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:14-bk-00724-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

David Todd Jaeder
272 Sycamore Drive
East Stroudsburg PA 18301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2017.

Name and Address of Alleged Transferor(s):

Claim No. 7: Deutsche Bank National Trust Company et al ..., Chase Records Center,
Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Deutsche Bank National Trust Company, a
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
Deutsche Bank National Trust Company, a
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/14/17

Terrence S. Miller
**CLERK OF THE COURT**